# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**VICTORIA GREENE**                                                         **PLAINTIFF**

**VS.**                     **No. 4:21-cv-00848 PSH**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                             **DEFENDANT**

## ORDER

James Greene ("Greene"), the brother of the deceased plaintiff, Victoria Greene, filed a second motion to be substituted as the plaintiff in this case. Doc. No. 20.

This motion is governed by Fed.R.Civ.P. 25(a)(1), which provides for substitution of the proper party if a party dies and the claim is not extinguished. In this instance, a death certificate filed with the Court evidences the death of Victoria Greene. Doc. No. 20-2. In addition, Greene has submitted an affidavit in support of the motion, declaring that he is the only next of kin to Victoria Greene. Doc. No. 20-1. These documents evidence that Greene is the proper party to be substituted for Victoria Greene in this matter. *See Ecton v. Saul*, No. 6:20-03266-CV-RK, 2021 WL 4483065, at 2 (W.D. Mo. Sept. 29, 2021).

The motion for substitution (Doc. No. 20) is therefore granted, and the Clerk

is directed to substitute James Greene, on behalf of Victoria Greene, deceased, as plaintiff in this case. In addition, the motion for extension of time to file plaintiff's brief (Doc. No. 21) is granted, and plaintiff is directed to file the brief on or before August 16, 2022.

    IT IS SO ORDERED this 22nd day of June, 2022.

                                                                    _____
                                                        UNITED STATES MAGISTRATE JUDGE