## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JAMES GREENE, o/b/o**
**Victoria Greene, deceased**                                             **PLAINTIFF**


**VS.**              **CASE NO. 4:21-CV-00848 PSH**


**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                               **DEFENDANT**


## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded

for further proceedings.  This is a "sentence four" remand within the meaning of

42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 27th day of September, 2022.

_____

UNITED STATES MAGISTRATE JUDGE