# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES GREENE,**
on behalf of Victoria Greene,
deceased                                                                                                  PLAINTIFF


VS.                          No. 4:21-cv-00848 PSH


**KILOLO KIJAKAZI, Acting
Commissioner, Social Security
Administration**                                                                                     DEFENDANT


## ORDER

Now before the Court is James Greene's ("Greene") motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Doc. No. 27. Defendant Kilolo Kijakazi ("Kijakazi") does not oppose the motion.

The motion is GRANTED, and the EAJA award in the amount of $8,500 is approved. The Court finds nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Greene, and not his attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Greene, in care of his attorney, Bryan Konoski, and shall mail the check to Mr. Konoski at his New

York City, New York, address.

IT IS SO ORDERED this 20th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE